UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY CURTIS PALMER,<br><br>Plaintiff,<br><br>v.<br><br>S. DELGADO, et al.,<br><br>Defendants. | Case No. 1:24-cv-00237-HBK (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME<br><br>(Doc. No. 16)<br><br>AUGUST 8, 2024 DEADLINE |

  Pending before the Court is Defendants A. Haddad, S. Delgado, C. Huerta Silva, H. On, and D. Hernandez's Motion for Extension of Time to Return Signed Waivers of Service. (Doc. No. 16). In the Court's April 19, 2024, Order Directing Service on Defendants, the Court directed CDCR to file a Notice of E-Service Waiver within 40 days. (Doc. No. 11 at 3). Additionally, the Order required the Attorney General's Office to file a waiver of service of process within 30 days of filing the Notice of E-Service Waiver for any Defendant waiving service under Federal Rule of Civil Procedure 4(d)(1). (*Id.*). Defendants' waivers of service were thus due July 11, 2024. Defendants request 28 additional days to comply with the Order. (Doc. No. 16 at 1).

  Fed. R. Civ. P. 6(b)(1)(B) provides for extending deadlines for good cause shown, after the time has expired, upon a showing of excusable neglect. Defendants' Motion asserts that the

Attorney General's Office requires additional time to determine whether it will be representing each of the Defendants, and that it was unable to comply with the July 11 deadline "due to a misunderstanding with the calendar and the circumstances involving representation of the Defendants." (Doc. No. 16 at 3). The Court finds good cause to grant the extension and that the failure to timely file the Motion was justified by excusable neglect.

ACCORDINGLY, it is **ORDERED**:

Defendants' motion for extension of time (Doc. No. 16) is GRANTED. Defendants shall file waivers of service of process no later than August 8, 2024.

Dated: July 18, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE