IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY CURTIS PALMER,<br><br>Plaintiff,<br><br>v.<br><br>DELGADO, et al,<br><br>Defendants. | Case No. 1:24-cv-00237-HBK<br><br>ORDER GRANTING NUNC PRO TUNC DEFENDANTS' MOTION FOR EXTENSION OF TIME<br><br>(Doc. No. 31) |

Defendants A. Haddad, S. Delgado, C. Huerta-Silva, H. On, and D. Hernandez (Defendants) have filed an *ex parte* Application for an Extension of Time to File a Motion to Compel. Haing considered the Application, the Court finds good cause to **GRANT** the request. Accordingly, **IT IS HEREBY ORDERED THAT:**

1. Defendants' Ex Parte Application (Doc. No. 31) is GRANTED nunc pro tunc.
2. The deadline for any party to file a motion to compel discovery responses is extended to August 30, 2025.

Dated: August 4, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE