UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY CURTIS PALMER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DELGADO, et al.,<br><br>　　　　　Defendants. | Case No. 1:24-cv-00237-HBK-(PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME<br><br>(Doc. No. 40)<br><br>JANUARY 16, 2026 DEADLINE |

On December 16, 2025, Defendants submitted a Motion for Extension of Deadline to File Dispositional Documents. (Doc. No. 40). Defendants request a thirty (30) day extension to file dispositional documents because they had to resend the settlement paperwork to Plaintiff, and have not received the paperwork back. (*Id.* at 3). The Court finds good cause to grant Defendants' Motion.

Accordingly, it is ORDERED:

1. Defendants' Motion (Doc. No. 40) is GRANTED.

2. No later than **January 16, 2026**, the Parties shall file dispositional documents.

Dated:   December 17, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE